**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| DALTON SMITH | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | NO. 6:15-CV-00887-MHS-KNM |
| | § | |
| KILGORE COLLEGE and | § | |
| DR. WILLIAM HOLDA, in his | § | |
| Individual and official capacities | § | |
| | § | |
| *Defendants.* | § | |

## MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) and a compromise settlement between and among the parties, the Plaintiff, Dalton Smith ("Smith") and Defendants, Kilgore College and Dr. William Holda, in his individual and official capacities, hereby move this Court for dismissal of all of Plaintiff's claims against Defendants WITH prejudice. The parties have agreed that each party bears its own costs, expenses and attorney fees.

Dated: July 27, 2016                                    Respectfully submitted,

                                                    /s/ *Gregory P. Love*
                                                    Gregory P. Love
                                                    Texas State Bar No. 24013060
                                                    LOVE LAW FIRM
                                                    P.O. Box 948
                                                    Henderson, Texas 75653
                                                    Telephone:   (903) 212-4444
                                                    Facsimile:   (903) 392-2267
                                                    greg@lovetrialfirm.com

>Justin L. Jeter
>SBN: 24012910
>JETER MELDER, LLP
>1111 S. Akard St., Suite 100
>Dallas, Texas 75215
>Telephone: (214) 699-4758
>Fax: (214) 593-3663
>justin@jetermelder.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff and Defendants has met and conferred regarding this motion, and that all Parties agree to the filing of this motion and dismissal of the claims.

>/s/ *Gregory P. Love*
>Gregory P. Love

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 27, 2016, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>/s/ *Gregory P. Love*
>Gregory P. Love