**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **DALTON SMITH** § | |
| § | |
| **v.** § | |
| § | Case No. 6:15-cv-887-KNM |
| **KILGORE COLLEGE and DR.** § | |
| **WILLIAM HOLDA, in his Individual** § | |
| **and Official Capacities** § | |

## FINAL JUDGMENT

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE** pursuant to the parties' Agreed Motion to Dismiss with Prejudice (Doc. No. 23) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this**
**Jul 28, 2016**

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE